# LISTON ABRAMSON

The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, New York 10174

New York Office
Main: (212) 257-1630
www.listonabramson.com

September 29, 2023

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The initial pretrial conference currently scheduled for October 18, 2023 is hereby adjourned to **November 15, 2023 at 9:00 a.m**.  The parties shall alert the Court immediately if they reach a settlement.  The Clerk is directed to terminate ECF No. 13.
>
> SO ORDERED.
>
> *[signature]*
>
> September 29, 2023

Re:   *Michael Philip Kaufman v. Monday.com Ltd.*, No. 23-cv-05864 (JMF) (S.D.N.Y.)

Dear Judge Furman:

The instant matter is a patent infringement suit involving a U.S. plaintiff, Michael Philip Kaufman ("Kaufman"), and an Israeli defendant, Monday.com Ltd. ("monday").  The parties are involved in settlement discussions during which time Kaufman agreed to defer service of the Complaint.

Given the settlement posture, the parties wish to adjourn the Pretrial Conference calendared for October 18, 2023.  The parties hope to find a resolution in the next 4-6 weeks.  If a resolution is not reached, monday has agreed to accept service of the Complaint by email to counsel and to respond to the Complaint within 60 days thereafter.  In such a circumstance, monday's counsel plans to make a formal appearance upon responding to the Complaint.

In the meantime, monday authorized us to file this joint letter motion, hereby moving the Court to adjourn the October 18, 2023 Pretrial Conference and all associated requirements for filing a Civil Case Management Plan and Scheduling Order, until after monday files its Answer to the Complaint, to mid-January 2024.  There have been no prior requests for an extension and there are no other existing deadlines in the case.

Respectfully submitted,

*/s/ David G. Liston*
David G. Liston

cc:   *All counsel of record via ECF*

Liston Abramson LLP