# LISTON ABRAMSON

The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, New York 10174

New York Office
Main: (212) 257-1630
www.listonabramson.com

November 6, 2023

> Application GRANTED. The initial pretrial conference currently scheduled for November 15, 2023 is hereby RESCHEDULED to **December 20, 2023**, at **9:00 a.m**. The Clerk is directed to terminate ECF No. 17.
>
> SO ORDERED.
>
> *[signature]*
>
> November 6, 2023

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Michael Philip Kaufman v. Monday.com Ltd.*, No. 23-cv-05864 (JMF) (S.D.N.Y.)

Dear Judge Furman:

The instant matter is a patent infringement suit involving a U.S. plaintiff, Michael Philip Kaufman ("Kaufman"), and an Israeli defendant, Monday.com Ltd. ("monday"). We represent Kaufman in the above-captioned action. We submit this joint letter motion with the authorization of monday, whose counsel's formal notice of appearance is forthcoming.

With monday being headquartered in Israel, its operations have been impacted by the current situation in Israel. Based on that, the parties respectfully request that the Pretrial Conference currently calendared for November 15, 2023, be adjourned until December 18, 2023, or a date thereafter that is convenient for the Court. The parties further respectfully request that the deadlines for the associated requirements for filing a Civil Case Management Plan and Scheduling Order be adjourned to reflect the new date for the Pretrial Conference.

This is the second request for an adjournment of the Pretrial Conference. The first request for adjournment was sought to give the parties opportunity to explore settlement. Those discussions did not bear fruit, and today, per agreement of the parties, monday voluntarily waived formal service of process, accepting service by email to counsel, with an agreement that monday's Answer or other pleading responsive to the complaint is due by January 16, 2024. There are no other deadlines in the case.

Respectfully submitted,

*/s/ David G. Liston*
David G. Liston

cc:   *All counsel of record via ECF*

Liston Abramson LLP