UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
          :
MICHAEL PHILIP KAUFMAN,          :
          :
                    Plaintiff,          :        23-CV-5864 (JMF)
          :
               -v-                    :        <u>ORDER</u>
          :
MONDAY.COM LTD.,          :
          :
                    Defendant.       :
          :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 36, Defendant's earlier motion to dismiss filed at ECF No. 24 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 12, 2024**. Defendant's reply, if any, is due by **March 19, 2024**.

       The Clerk of Court is directed to terminate Docket No. 24.

       SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                      JESSE M. FURMAN
                                                 United States District Judge