UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>MONDAY.COM LTD.,<br><br>*Defendant.* | Civil Action No. 23-5864 (JMF)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATION OF WILLIAM P. DENI, JR. IN FURTHER SUPPORT OF MONDAY.COM LTD.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER RULE 12(b)(6)** |

I, **WILLIAM P. DENI, JR.**, hereby certify as follows:

1. I am an attorney-at-law, admitted to the bars of the States of New York and New Jersey and admitted to practice in the United States District Court for the Southern District of New York, among other Courts. I am also a Director with Gibbons P.C., counsel for Defendant monday.com Ltd. in the above-captioned matter.

2. I submit this Certification based upon my personal knowledge and review of the attached relevant document in support of monday.com Ltd.'s Reply Brief in Support of Its Motion to Dismiss.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Denying Motion for Judgment of Law and for a New Trial in *Kaufman v. Microsoft Corp.*, 16 Civ. 2880 (AKH) (S.D.N.Y. Jan. 25, 2021).

I hereby certify that the foregoing statements made by me are true.

Dated: March 19, 2024                                    Respectfully submitted,

<u>/s/William P. Deni, Jr.</u>
William P. Deni, Jr.
G<small>IBBONS</small> P.C.
1 Pennsylvania Plaza
Suite 4515
New York, NY 10119
Telephone: (973) 596-4853
wdeni@gibbonslaw.com

*Attorney for Defendant*