UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>                        Plaintiff,<br><br>v.<br><br>MONDAY.COM LTD.,<br><br>                        Defendant. | Civil Action No. 23-cv-5864 (JMF) |

**STIPULATED MOTION TO AMEND DISMISSAL**

On July 15, 2024, this Court entered an Order, *sua sponte*, dismissing the above-captioned suit without prejudice (Dkt. No. 50, the "Dismissal Order"). Plaintiff Michael Philip Kaufman and Defendant monday.com Ltd. (collectively, the "Parties") subsequently entered into a confidential settlement agreement including a provision agreeing that the above-captioned suit will be dismissed in its entirety with prejudice (including all claims and defenses of any party), and with each party bearing its own costs, attorneys' fees, and expenses. The Parties hereby move the Court to so amend the Dismissal Order.

- 2 -

Dated:  August 15, 2024

| | |
|---|---|
| */s/ David G. Liston* | */s/ William P. Deni, Jr.* |
| Ronald Abramson | William P. Deni, Jr. |
| David G. Liston | Elena Cicognani |
| Ari J. Jaffess | GIBBONS P.C. |
| Alex G. Patchen | 1 Pennsylvania Plaza, Suite 4515 |
| M. Michael Lewis | New York, NY 10119 |
| Gina K. Kim | Telephone: (212) 613-2000 |
| **LISTON ABRAMSON LLP** | wdeni@gibbonslaw.com |
| The Chrysler Building | ecicognani@gibbonslaw.com |
| 405 Lexington Avenue, 46th Floor | |
| New York, NY 10174 | Of Counsel: |
| (212) 257-1630 | |
| docket@listonabramson.com | Gerson S. Panitch |
| | FINNEGAN, HENDERSON, FARABOW, |
| *Attorneys for Plaintiff* | GARRETT & DUNNER, LLP |
| | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001-4413 |
| | Telephone: (202) 408-4080 |
| | gerson.panitch@finnegan.com |
| | |
| | Benjamin R. Schlesinger |
| | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, LLP |
| | 271 17th St. NW Suite 1400 |
| | Atlanta, GA 30363-6209 |
| | Telephone: (404) 653-6400 |
| | benjamin.schlesinger@finnegan.com |
| | |
| | *Attorneys for Defendant* |